IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:25-MJ-010 (MJK) |
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER REGARDING |
| THOMAS FARR, | ) | DISCLOSURE PURSUANT TO |
|  | ) | FED. R. CRIM. P. 16(D)(1) |
| Defendant. | ) |  |
|  | ) |  |

## **ORDER**

THE COURT HEREBY FINDS THAT the United States of America has made a sufficient showing in its application to warrant an order pursuant to Fed. R. Crim. P. 16(d)(1) for a protective order regarding disclosure of certain materials in the interest of justice, namely the trial of the above-captioned matter.

IT IS HEREBY ORDERED THAT:

1.      Any disclosures made by the government pursuant to NDNY Local Rule Cr. P. 14.1 shall be used solely to prepare the defense of this case, and may not be shared, absent additional Court order, with anyone other than the Defendant, defense counsel, and/or those employed by defense counsel who are involved in the representation in this case.

2.      The government is authorized to designate as "Protected Materials" certain discovery materials that (i) may tend to identify possible non-law enforcement trial or cooperating witnesses in this case or uncharged co-conspirators; (ii) contain sensitive, non-public information about individuals, including, but not limited to, bank records and personal identifying information; or (iii) are otherwise protected from disclosure by federal statute, for example, grand jury materials. The government shall clearly identify such materials by labeling

them as "Protected Materials."

3.       In addition to the protections for all disclosures that are provided in Paragraph 1, the Protected Materials shall have the following additional protections. The Protected Materials may be shown to and reviewed with the Defendant, but the Defendant may not maintain a copy of the Protected Materials. Any portions of motions or applications referring to Protected Materials shall be filed under seal.

4.       Nothing in this Order shall prevent defense counsel from making an application to the Court challenging the government's designation of materials as Protected Materials, and/or seeking additional use and disclosure of such materials. In any such application, defense counsel shall make an application to the Court to seek to file under seal, pursuant to Criminal Local Rule 49.2, any materials that constitute or reference materials designated as Protected Materials. In addition, defense counsel must continue to maintain the materials consistent with these protections while any such application is pending. Finally, nothing in this Order shall prevent defense counsel from making an application to the Court challenging redactions on this case.

SO ORDERED on this the 16th day of April, 2026.

_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge